[No. 30715-1-I.   Division One.   December 13, 1993.]

SHANNON STAFFORD, ET AL, *Respondents*, v. WINDSOR FINANCIAL CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-04324-0, Michael Mines, J. Pro Tem., entered

April 17, 1992. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Pekelis, J.